IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARINO RODIREQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCI-MERCER, et al.,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 17-4294 |

## ORDER

**AND NOW**, this 9th day of April 2019, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1), the Government's Response (Doc. No. 15), the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 18), and Petitioner's Objections to the Report and Recommendation (Doc. No. 22), it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

4. The Clerk of Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.